UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 MAR -3 PM 12:52

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Huber ROSALES-Sanchez,** Defendant | Magistrate Docket No. '08 MJ 0645<br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **March 2, 2008** within the Southern District of California, defendant, **Huber ROSALES-Sanchez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **MARCH, 2008**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

M/P

**CONTINUATION OF COMPLAINT:**
**Huber ROSALES-Sanchez**

## PROBABLE CAUSE STATEMENT

On March 2, 2008, at approximately 8:30 a.m., Border Patrol Agent B. Ratz was assigned to Line watch duties in the Chula Vista Area of responsibility. Agent Ratz was alerted by San Diego Sector Border Patrol Communications, via service radio, of aseismic intrusion device activation in an area known to Border Patrol Agents as "Wild Bills." This area is located approximately four miles east of the Otay Mesa, California Port of Entry and approximately one mile north of the United States/Mexico International Boundary.

After arriving in the area, Agent Ratz encountered two individuals. Agent Ratz identified himself as a United States Border Patrol Agent and questioned the individuals as to their citizenship and nationality. Both individuals including one later identified as the defendant, **Huber ROSALES-Sanchez**, admitted to being citizens and nationals of Mexico without any immigration documents that would allow them to be or remain in the United States legally. At approximately 8:50 a.m., Agent Ratz placed the group under arrest and had them transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **November 14, 2006** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.