AO 455(Rev. 5/85) Waiver of Indictment

FILED
APR -
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

HUBER ROSALES-SANCHEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0967-BTM

I, HUBER ROSALES-SANCHEZ, the above named defendant, who is accused of committing the following offense:

~~Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor)~~; Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/1/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Huber Rosales
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER