FILED

APR 15 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY VWM DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, v. HUBER ROSALES-SANCHEZ, Defendant.

Criminal Case No. 08CR0967-BTM

I N F O R M A T I O N

**Superseding**

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer

The United States Attorney charges:

On or about January 24, 2005, within the Southern District of California, defendant HUBER ROSALES-SANCHEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a United States Border Patrol agent that his name was Humberto Rosales-Sanchez whereas his name is Huber Rosales-Sanchez, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and

//

//

//

//

CPH:es:San Diego
4/9/08

fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 4/15/08.

KAREN P. HEWITT
United States Attorney

for CAROLINE P. HAN
Assistant U.S. Attorney